1  Rayma Church, No. 154897
   E-Mail: rchurch@lawecs.com
2  LAW OFFICES OF
   EMERSON, COREY, SORENSEN,
3    CHURCH & YOHMAN
   2520 WEST SHAW LANE, Suite 102
4  FRESNO, CALIFORNIA  93711-2765
   Telephone  (559) 432-7641
5   Facsimile   (559) 432-7639

6  Attorneys for Plaintiff, ROWENA CURIEL

7

   DANIEL J. CRAVENS, Bar No. 207859
8  E-Mail: dcravens@littler.com
   KHATEREH SAGE FAHIMI, Bar No. 252152
9  E-Mail: sfahimi@littler.com
   LITTLER MENDELSON
10 A Professional Corporation
   5200 North Palm Avenue, Suite 302
11 Fresno, CA  93704.2225
   Telephone:    559.244.7500
12 Facsimile:    559.244.7525

13 Attorneys for Defendant HENRY SCHEIN, INC.

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 ROWENA CURIEL,                           Case No.  1:08-CV-01580-AWI-GSA

18         Plaintiff,                       **STIPULATION AND ORDER RE:
                                            PROTECTIVE ORDER**
19     v.

20 HENRY SCHEIN, INC.,

21         Defendant.

22

23         Subject to the approval of this Court, the parties hereby stipulate to the following

24 protective order:

25         1.      In connection with discovery proceedings in this action, the parties may

26 designate any document, thing, material, testimony or other information derived therefrom, as

27 "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order").

28 Confidential information is information which has not been made public and which concerns or

1 relates to the processes, operations, type or work, or apparatus, or to the production, sales, 2 shipments, purchases, transfers, identification of customers, inventories, amount or source of any 3 income, profits, losses, or expenditures of any persons, firm, partnership, corporation, or other 4 organization, the disclosure of which information may have the effect of causing harm to the 5 competitive position of the person, firm, partnership, corporation, or to the organization from which 6 the information was obtained.

7 2. By designating a document, thing, material, testimony or other information 8 derived therefrom as "confidential," under the terms of this order, the party making the designation 9 is certifying to the court that there is a good faith basis both in law and in fact for the designation 10 within the meaning of Federal Rule of Civil Procedure 26(g). Confidential documents shall be so 11 designated by stamping copies of the document produced to a party with the legend 12 "CONFIDENTIAL." Stamping the legend "CONFIDENTIAL" on the cover of any multi-page 13 document shall designate all pages of the document as confidential, unless otherwise indicated by 14 the producing party.

15 3. Testimony taken at a deposition, conference, hearing or trial may be 16 designated as confidential by making a statement to that effect on the record at the deposition or 17 other proceeding. Arrangements shall be made with the court reporter taking and transcribing such 18 proceeding to separately bind such portions of the transcript containing information designated as 19 confidential, and to label such portions appropriately.

20 4. Material designated as confidential under this Order, the information 21 contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in 22 part from material designated as confidential (hereinafter "Confidential Material") shall be used only 23 for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

24 ///
25 ///
26 ///
27 ///
28 ///

(NO. 1:08-CV-01580-AWI-GSA )    2.

5.   Confidential Material produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel) and expert witnesses retained by a party.

Dated: March 11, 2009

/s/ Rayma Church, Esq. (as authorized on 7/30/09)
RAYMA CHURCH
EMERSON, COREY, SORENSEN,
   CHURCH & YOHMAN
Attorneys for Plaintiff,
ROWENA CURIEL

Dated:  July 30, 2009

/s/ Daniel J. Cravens, Esq.
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  July 31, 2009**          **/s/ Gary S. Austin**
                                   **United States Magistrate Judge**

Firmwide:88620404.1 052225.1033