RAYMA CHURCH, Bar No. 154897
E-Mail: rchurch@lawecs.com
LAW OFFICES OF EMERSON, COREY, SORENSEN,
CHURCH & YOHMAN
A Professional Corporation
2520 W. Shaw Lane, Suite 102
Fresno, CA 93711
Telephone:    559-432-7641
Facsimile:    559-432-7639

Attorneys for Plaintiff
ROWENA CURIEL

DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
KHATEREH S. FAHIMI, Bar No. 252152
E-Mail: sfahimi@littler.com
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
HENRY SCHEIN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Rowena Curiel,<br><br>        Plaintiff,<br><br>    v.<br><br>Henry Schein, Inc.,<br><br>        Defendant. | Case No.  1:08-CV-01580-AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

       IT IS HEREBY STIPULATED by and between Plaintiff ROWENA CURIEL and Defendant HENRY SCHEIN, INC., by and through their respective counsel of record, as follows:

       1.     WHEREAS, the trial date in this matter has been set for March 23, 2010; and

2.     WHEREAS, the parties have agreed that they must abide by the current briefing schedule set by the Court's Order dated January 29, 2009, which requires Defendant to file any motion for summary judgment by no later than October 16, 2009;

3.     WHEREAS, Defendant filed its motion for summary judgment on October 16, 2009 and requested the next available hearing date of November 16, 2009;

4.     WHEREAS, lead trial counsel for Plaintiff in this matter is unavailable for hearing on November 16, 2009;

5.     WHEREAS, the Court hears motions on Mondays and the next available date for hearing of Defendant's Motion for Summary Judgment would be December 14, 2009;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that: the hearing on Defendants' Motion for Summary Judgment is hereby continued from November 16, 2009 to December 14, 2009, unless the Court should deem an alternative date should be scheduled.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October _____, 2009

RAYMA CHURCH
LAW OFFICES OF EMERSON, COREY, SORENSEN, CHURCH & YOHMAN
A Professional Corporation
Attorneys for Plaintiff
ROWENA CURIEL

Dated: October _____, 2009

DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

**ORDER**

IT IS SO ORDERED.

Dated:   **November 3, 2009**              **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE