RAYMA CHURCH, Bar No. 154897
E-Mail: rchurch@lawecs.com
LAW OFFICES OF EMERSON, COREY, SORENSEN,
CHURCH & YOHMAN
A Professional Corporation
2520 W. Shaw Lane, Suite 102
Fresno, CA 93711
Telephone:     559-432-7641
Facsimile:      559-432-7639

Attorneys for Plaintiff
ROWENA CURIEL

DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
KHATEREH S. FAHIMI, Bar No. 252152
E-Mail: sfahimi@littler.com
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:     559.244.7500
Facsimile:      559.244.7525

Attorneys for Defendant
HENRY SCHEIN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Rowena Curiel, | Case No.  1:08-CV-01580-AWI-GSA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| Henry Schein, Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff ROWENA CURIEL and

Defendant HENRY SCHEIN, INC., by and through their respective counsel of record, as follows:

1.       WHEREAS, the trial date in this matter has been set for March 23, 2010; and

2. WHEREAS, the parties have agreed that they must abide by the current briefing schedule set by the Court's Order dated January 29, 2009, which requires Defendant to file any motion for summary judgment by no later than October 16, 2009;

3. WHEREAS, Defendant filed its motion for summary judgment on October 16, 2009 and requested the next available hearing date of November 16, 2009;

4. WHEREAS, the Court ordered pursuant to the stipulation of the parties that the hearing on the motion for summary judgment be moved from November 16, 2009 to December 14, 2009;

5. WHEREAS, lead trial counsel for Plaintiff in this matter is unavailable for hearing on December 14, 2009;

6. WHEREAS, the Court hears motions on Mondays and the next available date for hearing of Defendant's Motion for Summary Judgment would be January 18, 2010;

7. WHEREAS, the Court with agreement of the parties rescheduled the Mandatory Settlement Conference from November 16, 2009 to December 15, 2009 because a parties are not in a position to make a meaningful settlement attempt.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that: the hearing on Defendants' Motion for Summary Judgment is hereby continued from December 14, 2009 to January 18, 2010, unless the Court should deem an alternative date should be scheduled. It is further stipulated that the Mandatory Settlement Conference hearing be continued from December 15, 2009 to January 19, 2009.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December _____, 2009

         /S/_____
RAYMA CHURCH
LAW OFFICES OF EMERSON, COREY,
SORENSEN, CHURCH & YOHMAN
A Professional Corporation
Attorneys for Plaintiff
ROWENA CURIEL

Dated: December _____, 2009

         /S/_____
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

## ORDER

Pursuant to the parties' stipulation and the court's availability, the court orders that the motion for summary judgment shall be heard on **January 19, 2010 at 1:30 p.m.** and the mandatory settlement conference shall be heard on February 10, 2010 at 9:30.

IT IS SO ORDERED.

**Dated:   December 3, 2009**          /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE